IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* Patricia Hopson,

    Plaintiff,

v.

AIR IDEAL, INC., KIM AMKRAUT,
and MITCHELL AMKRAUT,

    Defendants.
_____/

Case No. 6:13-cv-775-Orl-37GJK

## ORDER

The United States having intervened in part of this action and having declined to intervene in part of this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the Court rules as follows:

IT IS ORDERED that:

1. the relator's complaint, the Government's Notice of Election to Intervene in Part and to Decline to Intervene in Part, and this Order be unsealed;

2. all other papers or Orders on file in this matter shall remain under seal;

3. the seal be lifted on all other matters occurring in this action after the date of this Order;

4. as to the part of the action in which the United States has declined to intervene, the parties shall serve all pleadings and motions filed in that part of the action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in that part of the action, for good cause, at any time;

5. all orders of this Court shall be sent to the United States;

6. should the relator or any defendant propose that the part of the action in which the

United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval; and

7. the United States shall have 120 days from the date of this Order to serve its own Complaint, and may seek extensions of time for good cause and consistent with Fed. R. Civ. P. 4(m).

**IT IS SO ORDERED** this 18th day of August 2014.

Roy B. Dalton, Jr.
United States District Judge