**EXHIBIT A – CONTRACT AND INVOICE INFORMATION**

<u>**Contract**</u>: <u>**Department of Interior (National Park Service) – No. INP11PC00615**</u>

 <u>*Bid Information*</u>**:**

  Date Air Ideal signed bid: June 27, 2011

  *How HUBZone Restriction Indicated*:

   Restriction to HUBZone (listed in solicitation): Incorporated FAR Clause 52.219-3 (Jan. 2011) (full text)

   Front page of solicitation, bid, and contract states: "This solicitation is set aside for HUB-Zone small business concerns."

   Air Ideal also checked the box that includes the following statement: "The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov.  After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitations as indicated in paragraph (c) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below . . . .

   *Were any changes listed on the bid?* No.

   *Paragraph (c) incorporates FAR 52.219-1, which incorporates the same HUBZone certification as in the ORCA.*

   Solicitation and bid expressly incorporated into contract.

*Invoice Information:*

| Invoice No. | Date of Invoice | Invoice Amount | Amount Paid |
|---|---|---|---|
| 1 | 10/20/2011 | $172,274.00 | $172,274.00 |
| 2 | 11/11/2011 | $32,600.00 | $32,600.00 |
| 3 | 12/22/2011 | $2,000.00 | $2,000.00 |
| *Total* | | $189,646.60 | $189,646.60 |

*Certification*: Invoice No. 1 contained the following certification: "The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract." The second and third invoices included Air Ideal's certification that the "Work covered by this Application for Payment has been completed in accordance with the Contract Documents . . . . "

**Contract**: **Department of Homeland Security (Coast Guard) – No. HSCG82-11-C-PMVA17**

*Bid Information***:**

Date Air Ideal signed bid: June 14, 2011

*How HUBZone Restriction Indicated*:

Restriction to HUBZone (in solicitation, bid, and contract): Incorporated FAR Clause 52.219-3 (Jan. 2011).

Front page of solicitation, bid, and contract states: "THIS IS A HUBZONE SMALL BUSINESS CONCERN SET-ASIDE."

Air Ideal also checked the box that includes the following statement: "The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov.  After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitations as indicated in paragraph (c) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below . . . .

*Were any changes listed on the bid?* No.

*Paragraph (c) incorporates FAR 52.219-1, which incorporates the same HUBZone certification as in the ORCA.*

Solicitation and bid expressly incorporated into contract.

*Invoice Information:*

| Invoice No. | Date of Invoice | Invoice Amount | Payment Amount |
|---|---|---|---|
| 1 | 10/5/2011 | $15,060.00 | $15,060.00 |
| 2 | 10/31/2011 | $61,830.00 | $61,830.00 |
| 3 | 11/29/2011 | $137,514.80 | $137,514.80 |
| 4 | 12/31/2011 | $259,449.20 | $259,449.20 |
| 5 | 1/27/2012 | $305,815.00 | $305,815.00 |
| 6 | 2/29/2012 | $165,866.00 | $165,866.00 |
| 7 | 4/2/2012 | $167,095.00 | $167,095.00 |
| 8 | 4/27/2012 | $79,220.61 | $79,220.61 |
| 9 | 7/5/2012 | $16,587.91 | $16,587.91 |
| *Total* | | $1,208,438.52 | $1,208,438.52 |

*Certification*: Each of the above listed invoices contained the following certification: "The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract."

**Contract**: **Department of Homeland Security (Coast Guard) – No. HSCG82-12-C-PACP05**

*Bid Information*:

Date Air Ideal signed bid: June 4, 2012

*How HUBZone Restriction Indicated*:

Restriction to HUBZone (listed in solicitation): Incorporated FAR Clause 52.219-3 (Nov. 2011).

Front page of solicitation, bid, and contract states: "THIS IS A HUBZONE SMALL BUSINESS CONCERN SET-ASIDE."

Air Ideal also checked the box that includes the following statement: "The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov.  After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitations as indicated in paragraph (c) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below . . . .

*Were any changes listed on the bid?* No.

*Paragraph (c) incorporates FAR 52.219-1, which incorporates the same HUBZone certification as in the ORCA.*

Solicitation and bid expressly incorporated into contract.

*Invoice Information:*

| Invoice No. | Date of Invoice | Invoice Amount | Payment Amount |
|---|---|---|---|
| 1 | 10/1/2012 | $566,448.16 | $566,448.16 |
| 2 | 10/29/2012 | $380,318.34 | $380,318.34 |
| 3 | 12/3/2012 | $567,925.50 | $567,925.50 |
| 4 | 1/2/2013 | $400,443.16 | $400,443.16 |
| 5 | 2/1/2013 | $215,762.31 | $215,762.31 |
| 6 | 3/4/2013 | $172,710.10 | $172,710.10 |
| 7 | 3/31/2013 | $291,260.00 | $291,260.00 |
| *Total* | | $2,594,867.57 | $2,594,867.57 |

*Certification*: Each of the above listed invoices contained the following certification: "The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract."

**Contract: Department of Defense (Army) – No. W91151-12-C-0033**

*Bid Information*:

Date Air Ideal signed bid: June 6, 2012

*How HUBZone Restriction Indicated*:

Restriction to HUBZone (listed in solicitation): Incorporated FAR Clause 52.219-3 (Nov. 2011) (full text)

Front page of solicitation, bid, and contract states: "A contract will be awarded to the certified HUBZone small business concern (HSBC) which bids the lowest evaluated price for the work described in this solicitation."

Air Ideal also checked the box that includes the following statement: "The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov.  After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitations as indicated in paragraph (c) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below . . . .

*Were any changes listed on the bid?* No.

*Paragraph (c) incorporates FAR 52.219-1, which incorporates the same HUBZone certification as in the ORCA.*

Solicitation and bid expressly incorporated into contract.

*Invoice Information:*

| Invoice No. | Date of Invoice | Invoice Amount | Payment Amount |
|---|---|---|---|
| 01P | 12/5/2012 | $166,254.00 | $166,254.00 |
| 02F | 2/26/2013 | $75,746.00 | $75,746.00 |
| *Total* | | $242,000.00 | $242,000.00 |

**Contract: Department of Defense (Army) - W91151-12-C-0047**

*Bid Information*:

Date Air Ideal signed bid: Bid completed and submitted to Army, but no signature appears.

*How HUBZone Restriction Indicated*:

Restriction to HUBZone (listed in solicitation and contract): Incorporated FAR Clause 52.219-3 (Nov. 2011) (full text)

Front page of solicitation, bid, and contract states: "This acquisition is 100% set aside for HUB Zone small business concerns only; no large business bids will be accepted for this procurement."

Air Ideal also checked the box that includes the following statement: "The offeror has completed the annual representations and certifications electronically via the Online Representations and Certifications Application (ORCA) website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of the offer that the representations and certifications currently posted electronically that apply to this solicitations as indicated in paragraph (c) of this provision have been entered or updated within the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201); except for the changes identified below . . . .

*Were any changes listed on the bid?* No.

*Paragraph (c) incorporates FAR 52.219-1, which incorporates the same HUBZone certification as in the ORCA.*

Solicitation and bid expressly incorporated into contract.

*Invoice Information:*

| Invoice No. | Date of Invoice | Invoice Amount | Payment Amount |
|---|---|---|---|
| 01F | 2/26/2013 | $187,000.00 | $187,000.00 |

**Contract: Department of Defense (USACE), No. W91236-13-C-0034**

*Bid Information*:

Date Air Ideal signed bid: February 18, 2013

*How HUBZone Restriction Indicated*:

Restriction to HUBZone (listed in solicitation and contract): Incorporated FAR Clause 52.219-3 (Nov. 2011)

Front page of solicitation, bid, and contract states: "THIS IS A HUBZONE SET-ASIDE PROCUREMENT"

*Invoice Information:*

| Invoice No. | Date Invoice Received by USACE | Invoice Amount | Payment Amount |
|---|---|---|---|
| 1 | 7/12/2013 | $92,918.10 | $92,918.10 |
| 2 | 8/2/2013 | $87,400.30 | $87,400.30 |
| 3 | 8/29/2013 | $212,791.30 | $212,791.30 |
| 4 | 10/9/2013 | $128,443.93 | $128,443.93 |
| 5 | 11/4/2013 | $130,916.61 | $130,916.61 |
| 6 | 1/6/2014 | $116,434.78 | $116,434.78 |
| 7 | 1/14/2014 | $186,410.20 | $186,410.20 |
| 8 | 2/10/2014 | $137,145.64 | $137,145.64 |
| 9 | 3/26/2014 | $50,290.79 | $50,290.79 |
| 10 | 5/15/2014 | $64,743.94 | $64,743.94 |
| *Total* | | $1,207,495.59 | $1,207,495.59 |

*Certification*: Invoices contained the following certification: "The amounts requested are only for performance in accordance with the specifications, terms, and conditions of the contract."