UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA, *ex rel.*

Patricia HOPSON,

    Plaintiff,          Case No. 6:13-cv-775-RBD-GJK

 v.

AIR IDEAL, INC., and Kim AMKRAUT,

    Defendants.

___

### JOINT MOTION TO EXTEND TIME

  The United States, Plaintiff, along with Air Ideal, Inc. and Kim Amkraut, Defendants (together, the Parties), pursuant to Fed. R. Civ. P. 6(b) jointly move for an order extending the time – to April 10, 2015 – for Defendants to respond to the United States' complaint in this action. The Parties submit that the facts described below constitute good cause for the extension.

### Legal Standard

  Fed. R. Civ. P. 12(a) requires that defendants serve a responsive pleading or motion to dismiss within 60 days after service of the complaint. The Court may enlarge this, and other deadlines, for "good cause." Fed. R. Civ. P. 6(b)(1). The Court enjoys broad flexibility in granting such an extension. Wright & Miller, Federal Practice and Procedure, Civil 3d § 1165.

### Facts

  As the Court is aware, the Parties moved to extend the Defendants' deadline to answer or move to dismiss from January 30, 2015, to March 10, 2015. *See* Docket No. 39 (February 2, 2015). Pursuant to that Order, Defendants' answer or motion to dismiss is due today, March 10, 2015.

The Parties have continued to engage in settlement discussions since the Court's February 2 Order. As explained in the prior motion to extend the deadline, the Defendants tendered to the United States an offer (and made a tentative payment) that counsel for the Government have agreed to recommend. In addition to the Government's need to obtain formal approval of the Defendants' settlement offer, the principal issue that remains is the relator's claim for attorney's fees and expenses, pursuant to the False Claims Act, 31 U.S.C. § 3731(d).

Accordingly, the Parties submit that the time between now and the proposed extended deadline of April 10, 2015, is necessary to achieve a final settlement of this action. In the unlikely event that the Parties are unable to finalize settlement, they will immediately inform the Court.

## Conclusion

For the foregoing reasons, the Parties jointly submit that the deadline of the Defendants to answer or file a motion to dismiss be extended to April 10, 2015, for good cause shown. Relator Patricia Hopson also agrees to the extension of time requested herein.

Respectfully submitted:

United States of America:

BENJAMIN C. MIZER
Acting Assistant Attorney General

A. LEE BENTLEY, III
United States Attorney

s/ Katherine Ho
KATHERINE HO
USAO No. 070
400 W. Washington Street, Suite 3100
Orlando, FL 32801
Tel. (407) 648-7539
Fax (407) 648-7643
Email: Katherine.Ho@usdoj.gov

s/ Jonathan H. Gold
MICHAEL D. GRANSTON
RENÉE BROOKER
JONATHAN H. GOLD
Attorneys, Civil Division
Commercial Litigation Branch
Post Office Box 261
Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 353-7123
Email: jonathan.gold@usdoj.gov

Air Ideal, Inc. and Kim Amkraut:

s/ Martin B. Goldberg
MARTIN B. GOLDBERG
Florida Bar No. 827029
Email: mgoldberg@lashgoldberg.com
MICHAEL L. EHREN
Florida Bar No. 0043768
Email: mehren@lashgoldberg.com
Lash & Goldberg LLP
Suite 1200, Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
(Local Counsel)

BENJAMIN J. VERNIA
The Vernia Law Firm
1455 Pennsylvania Ave., N.W., Suite 400
Washington, D.C. 20004
Telephone: (202) 349-4053
Email: bvernia@vernialaw.com
(*Pro hac vice* application to be filed)

Case No. 6:13-cv-775-RBD-GJK

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 10th day of March, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified below in the Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Martin B. Goldberg
Martin B. Goldberg
