IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
*ex rel.* Patricia Hopson,

    Plaintiff,   Case No. 6:13-cv-775-Orl-37GJK

v.

AIR IDEAL, INC. and
KIM AMKRAUT,

    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a) and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the April 8, 2015 Settlement Agreement among the United States, Air Ideal, Inc., Kim Amkraut, Mitchell Amkraut, and Relator Patricia Hopson (the "Settlement Agreement"), the parties hereby stipulate to the entry of an order: (1) dismissing this action with prejudice to the Relator (except for any claims Patricia Hopson may have for attorney's fees pursuant to 31 U.S.C. § 3730(d) as to Air Ideal, Inc. and Kim Amkraut), and with prejudice to the United States with respect to the covered conduct set forth in the Settlement Agreement, and without prejudice to the United States as to all remaining claims; and (2) providing that the Court retain jurisdiction over any disputes that may arise regarding the Settlement Agreement.

Relator, on behalf of herself, her heirs, successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that she will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that she

expressly waives the opportunity for a hearing on any objection to the settlement under to 31 U.S.C. § 3730(c)(2)(B).

The parties respectfully request that the Court enter an order in the form of the proposed order.  A Microsoft Word version of this order will be emailed to Chambers.

United States of America:

        BENJAMIN C. MIZER
        Acting Assistant Attorney General

        A. LEE BENTLEY, III
        United States Attorney

Dated: April 9, 2015        s/ Katherine Ho
        KATHERINE HO
        USAO No. 070
        400 W. Washington Street, Suite 3100
        Orlando, FL 32801
        Tel. (407) 648-7539
        Fax (407) 648-7643
        Email: Katherine.Ho@usdoj.gov


        s/ Jonathan H. Gold
        MICHAEL D. GRANSTON
        RENÉE BROOKER
        JONATHAN H. GOLD
        Attorneys, Civil Division
        Commercial Litigation Branch
        Post Office Box 261
        Ben Franklin Station
        Washington, D.C. 20044
        Telephone:  (202) 353-7123
        Email: jonathan.gold@usdoj.gov

Air Ideal, Inc. and Kim Amkraut:

 s/ Martin B. Goldberg
MARTIN B. GOLDBERG
Florida Bar No. 827029
Email: mgoldberg@lashgoldberg.com
MICHAEL L. EHREN
Florida Bar No. 0043768
Email: mehren@lashgoldberg.com
Lash & Goldberg LLP
Suite 1200, Miami Tower
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4040
Fax: (305) 347-4050
(Local Counsel)

s/ Benjamin J. Vernia
BENJAMIN J. VERNIA
The Vernia Law Firm
1455 Pennsylvania Ave., N.W., Suite 400
Washington, D.C. 20004
Telephone: (202) 349-4053
Email: bvernia@vernialaw.com
(Admitted *Pro hac vice*)

-5-

Patricia Hopson:

        s/ Jill S. Schwartz
        Jill S. Schwartz, Esquire
        Florida Bar No. 523021
        David H. Spalter, Esquire
        Florida Bar No. 966347
        JILL S. SCHWARTZ & ASSOCIATES, P.A.
        655 W. Morse Boulevard, Suite 212
        Winter Park, Florida 32789
        Telephone: (407) 647-8911
        Facsimile: (407) 628-4994
        jschwartz@schwartzlawfirm.net
        dspalter@schwartzlawfirm.net


        s/ Julie K. Bracker
        Julie K. Bracker, Attorney at Law
        Georgia Bar No. 073803
        Bracker & Marcus LLC
        3225 Shallowford Rd., Suite 1120
        Marietta, GA 30062
        Telephone: (770) 988-5035
        Facsimile: (678) 648-5544
        Julie@fcacounsel.com