UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA
ex rel. PATRICIA HOPSON,

       Plaintiff,                  **CASE NO. 6:13-cv-775-Orl-37GJK**

vs.

AIR IDEAL, INC., KIM AMKRAUT and,
MITCHELL AMKRAUT,

       Defendants.
_____/

**JOINT NOTICE TO THE COURT REGARDING SETTLEMENT OF
RELATOR'S ATTORNEYS' FEES**

       Plaintiff-Relator, Patricia Hopson (hereafter "Relator"), and Defendants Air Ideal, Inc. and Kim Amkraut, (collectively, the Parties), by and through counsel, hereby jointly file this notice with the Court regarding the settlement of Relator's attorneys' fees.

       1.    Pursuant to this Court's Endorsed Order granting the parties' Joint Motion for a Second Extension of Time to File Motion for Attorneys' Fees and Costs entered on May 12, 2015 (Doc. 56), the deadline for Relator to file any motion for attorneys' fees and costs in this matter is May 26, 2015.

       2.    Counsel for Relator and counsel for Defendants have resolved the matter of Relator's attorneys' fees and costs without necessitating the Court's involvement.

       3.    Accordingly, the Parties request that the Court discharge its Order reserving jurisdiction as to any claims Relator has under 31 U.S.C. § 3730(d) (concerning attorneys' fees). (Doc. 51).

1

WHEREFORE, for the foregoing reasons, the Parties respectfully requests that this Court enter an order discharging its jurisdiction as to the issue of Relator's attorneys' fees and affording all other just and proper relief.

## RULE 3.01(g) CERTIFICATION

The undersigned counsel for Plaintiff-Relator certifies that, pursuant to Local Rule 3.01(g), she has conferred with Defendants' counsel regarding the matters set forth in this Notice and has been advised that the Defendants consent to the relief requested in this Notice.

Dated: May 26, 2015

Respectfully submitted,

| | |
|---|---|
| s/ Jill S. Schwartz | s/Benjamin Vernia |
| Jill S. Schwartz, Attorney at Law | Benjamin Vernia, Esquire |
| Florida Bar No. 523021 | The Vernia Law Firm |
| JILL S. SCHWARTZ & ASSOCIATES, P.A. | 1455 Pennsylvania Ave., N.W., Suite 400 |
| 655 W. Morse Boulevard, Suite 212 | Washington, D.C. 20004 |
| Winter Park, Florida 32789-3745 | Telephone: (202) 349-4053 |
| Telephone: (407) 647-8911 | bvernia@vernialaw.com |
| Facsimile: (407) 628-4994 | |
| jschwartz@schwartzlawfirm.net | Attorney for Defendants, Air Ideal, Inc. and Kim Amkraut |

Julie K. Bracker, Attorney at Law
Georgia Bar No. 073803
Bracker & Marcus LLC
3225 Shallowford Rd., Suite 1120
Marietta, GA 30062
Telephone: (770) 988-5035
Facsimile: (678) 648-5544
Julie@fcacounsel.com

Attorneys for Plaintiff-Relator, Patricia Hopson

## CERTIFICATE OF SERVICE

I hereby certify that on **May 26, 2015**, I electronically filed the foregoing with the Clerk of Court by using CM/ECF system.

s/ Jill S. Schwartz
Jill S. Schwartz, Attorney at Law
